UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Citation No. F287766 |
| vs. ) | Mag. No. MJ-06-4089-1 |
| ) | |
| DARREN M. LEHMANN, ) | Order to Quash Arrest Warrant |
| ) | and Close Case |
| Defendant. ) | |
| ) | |

The Court hereby orders that the Arrest Warrant issued to the above named defendant be quashed and close this case. The Clerk of the Court is hereby ordered to close this case.

DATED this 10th day of August, 2006.

_____
Michael W. Leavitt
United States Magistrate Judge

Notice Of Dismissal Without Prejudice - 1